**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VIERA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **EP-26-cv-00185-DB-RFC** |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY,** | § | |
| *Defendant.* | § | |

## ORDER TO REVERSE AND REMAND
## FOR FURTHER ADMINISTRATIVE PROCEEDINGS

On this day, the Court considers the Parties' Joint Stipulation to Remand to the Commissioner, ECF No. 8 [hereinafter "Joint Stip."]. The case was assigned to the undersigned magistrate for disposition with the consent of both parties and pursuant to 28 U.S.C. § 636(c)(1). *See* Pl.'s Notice, Consent, & Ref. Civil Action to Mag. J., ECF No. 2; Consent Def. Proceed Before U.S. Mag. J., ECF No. 6; Order Referring Mag. J., ECF No. 9.

In the Joint Stipulation, the parties stipulated that the "Administrative Law Judge's (ALJ) decision denying Plaintiff's application for benefits should be reversed" and requested that the Court "enter judgment reversing and remanding the case to the Commissioner pursuant to 42 U.S.C. §405(g), Sentence Four, for further administrative action consistent with this joint stipulation." 42 U.S.C. § 405(g) imbues the courts with "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *See* 42 U.S.C. § 405(g). Given the parties' stipulation, the Court finds it proper to reverse and remand the matter for further administrative proceedings.

Accordingly, it is hereby **ORDERED** that the parties' request that "the Court enter judgment reversing and remanding the case to the Commissioner," as embedded in the Joint Stipulation, ECF. 8, is **GRANTED**.

**IT FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SIGNED and ENTERED** this 14th day of April, 2026.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**

2